
# PRYOR CASHMAN LLP

New York | Los Angeles

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806

www.pryorcashman.com

**Robert W. Ray**
Partner

Direct Tel: (212) 326-0832
Direct Fax: (212) 798-6313
rray@pryorcashman.com

March 20, 2013

**VIA ECF**

Honorable Jed. S. Rakoff
United States District Court
Southern District of New York
500 Pearl Street, Room 1340
New York, New York 10007

Re: **United States v. Henareh, S1 11 Cr. 93 (JSR)**

Dear Judge Rakoff:

I am CJA counsel to defendant Siavosh Henareh in the above-referenced matter. I write to submit the original Romanian language document containing Mr. Henareh's further objections and comments to the Presentence Report ("PSR"), the English language translation of which was e-filed earlier today.

Respectfully submitted,

Robert W. Ray

# Robert Ray

| | |
|---|---|
| **From:** | HENAREH SIAVOSH (65976054) |
| **Sent Date:** | Monday, March 18, 2013 8:36 PM |
| **To:** | rray@pryorcashman.com |
| **Subject:** | CONTESTATIE |

BUNA ZIUA DOMNULE AVOCAT ROBERT.W RAY
ASTAZI 03.13.2013 AM PRIMIT TRADUCEREA IN LIMBA FARSI A MEMORANDUMULUI SCRIS DE DOAMNA DAWN DOINO LA DATA DE 02.20.2012 SI AM CITIT CU ATENTIE DIN CARE AM OBSERVAT FOARTE MULTE GRESELI,ERORI SI LUCRURI CARE NU IMI APARTIN. CA DE EXEMPLU:
-CONTUL 1 PUNCTUL 2 PAGINA 3 A MEMORANDUMULUI IN CARE SUNT ACUZAT IMPREUNA CU DOMNUL CETIN AKSU SPUNE CA AM VRUT SA DISTRIBUIM 1 Kg DE HEROINA SAU MAI MULT CU DESTINATIA AMERICA.
RASPUNSUL MEU ESTE : EU NU AM DISCUTAT NICIODATA CU CETATEANUL TURC CETIN AKSU SAU ALTE PERSOANE PENTRU A DISTRIBUI 1 Kg SAU MAI MULT DE HEROINA PENTRU AMERICA NICI PENTRU ALTA TARA.
-CONTUL 2 si 3 PAGINA 3 NU IMI APARTINE MIE TOTUL APARTINE CETATEANULUI BACHAR WHEBE SI CETIN AKSU.
-PUNCTUL 5 PAGINA 4 SCRIE CA CONFORM ARTICOLULUI 853 P TITLUL 21 TREBUIE SA FIE CONFISCATE PROPRIETATILE CASTIGATE DIN AFACERI ILEGALE.VA REAMINTESC CA EU NU AM FACUT NICIODATA O AFACERE ILEGALA CA SA-MI FIE CONFISCATA PROPRIETATEA MEA.
-PUNCTUL 6 PAGINA 4 NU IMI APARTINE MIE
-PUNCTUL 9 si 10 PAGINA 5 DEASEMENEA NU IMI APARTIN MIE
-PUNCTUL 12 PAGINA 5 RASPUNSUL MEU ESTE CA EU AM FOST IN TURCIA PENTRU AFACERI LEGALE CA DE EXEMPLU: VANZAREA DE CARNE SI ANIMALE DIN ROMANIA CATRE TURCIA.EU NU AM PREZENTAT PE NIMENI CA VANZATOR SAU CUMPARATOR DE DROGURI.IN CAZ CA AM PREZENTAT SAU EXISTA DE CE NU ESTE ARESTAT ?
-PUNCTUL 13 PAGINA 5 EU IMPREUNA CU AGENTUL 2 SI MUSTAFA NERGIZ NU AM AVUT INTALNIRE IN TURCIA SI NICI IN ALTA TARA SA DISCUTAM DESPRE AFACERI CU HEROINA SAU COMISIOANE DEOARECE EU NU IL CUNOSC SI NU L-AM VAZUT IN VIATA MEA PE MUSTAFA NERGIZ.AICI LA PUNCTUL 13 PAGINA 5 M-ATI CONFUNDAT CU CETIN AKSU DEOARECE LA PUNCUL 16 PAGINA 6 SCRIE CA MUSTAFA NERGIZ ESTE SEFUL LUI CETIN AKSU.
-PUNCTUL 14 PAGINA 5 RASPUNSUL MEU ESTE CA EU NU AM DISCUTAT CU AGENTII 1 si 2 si NICI CU ALTCINEVA DESPRE EXPORT DE DROGURI CATRE AMERICA SI NICI CATRE ALTA TARA.
-PUNCTUL 15 PAGINA 5 ASA ZISUL VANZATOR CETATENUL TURC A FOST CHEMAT DE AGENTII 1 SI 2 PENTRU CA EU NU IL CUNOSC SI NU L-AM VAZUT IN VIATA MEA. EI AU ARATAT O GEANTA DE BANI SI AU DISCUTAT IN LIMBA TURCA LIMBA PE CARE EU NU O INTELEG,DOVADA ESTE CA PE CD NR 7 N62 SI DVD 13 EU AM INTREBAT : ACESTI BANI SUNT PENTRU VANZAREA SI CUMPARAREA COVOARELOR PERSANE ?
-PUNCTUL 16 SI 17 PAGINA 6 NU IMI APARTINE MIE EU NU AM DISCUTAT NICI CU AKSU NICI CU ALTCINEVA DESPRE ARMAMENTE.
-PUNCTUL 18 PAGINA 6 ESTE ADEVARAT CA AM PRIMIT SUMA DE 23.000 USD DE LA UN POLITIST ROMAN PE NUME NISTOR
AGENTUL 2 MA RUGAT SA IAU BANII DE LA NISTOR SI SA-I DUC LA PRIETENUL LUI CARE MA ASTEAPTA LA COMPANIA MURAT
AGENTUL 2 MA RUGAT SA-I FAC ACEST SERVICIU DEOARECE EL ESTE PLECAT DIN TARA.
POLITISTUL ROMAN PE NUME NISTOR A FOST CA MARTOR LA PROCESUL MEU DIN DATA DE 19 NOIEMBRIE 2012 UNDE A DECLARAT CA HENAREH NU STIA CA ACESTI BANI SUNT PENTRU CUMPARAREA DE 1 Kg DE DROGURI.MENTIONEZ CA CINE A PREDAT CANTITATEA DE 1 Kg NU A FOST SI NU ESTE CUNOSTIINTA MEA,AGENTUL NUMARUL 2 A DECLARAT CA CINE A PREDAT DROGURILE ESTE PRIETENUL LUI DE 20 DE ANI PE NUME ATALAY ATASOY SI MA INTREB DE CE ACEASTA PERSOANA NU ESTE ARESTATA ?
-PUNCTUL 19 PAGINA 6 PE DATA DE 25 IULIE 2011 O ECHIPA FORMATA DIN 5 AGENTI PE NUME NISTOR POLITISTUL ROMAN,AGENTUL 2 SI INCA 3 PERSOANE AU VENIT LA MINE ACASA NEINVITATI CA SA PARA CA EU AM LEGATURA CU ACEASTA AFACERE ILEGALA.DUPA CE AM AFLAT DESPRE CA ESTE VORBA DE O AFACERE ILEGALA AM INCERCAT SA-I DAU AFARA DIN CASA SI IN ACEL MOMENT A

## Robert Ray

INTRAT POLITIA SI M-AU ARESTAT,MENTIONEZ CA AM LASAT DESCHISA USA CASEI MELE .
-PUNCTUL 20 si 21 PAGINA 7 NU IMI APARTIN MIE
-PUNCTUL 22 PAGINA 7 PE DATA DE 25 IULIE 2011 IN ZIUA ARESTARII MELE AKSU NU A FACUT PARTE DIN GRUPUL DE 5 AGENTI CARE AU FOST NEINVITATI LA MINE ACASA SI EU NU AM NUMARAT ACESTI BANI IMPREUNA CU DOMNUL AKSU
AGENTUL 2 A INSISTAT SA PUN MANA PE BANI SA-I VERIFIC DACA SUNT FALSI.
REPET DUPA CE AM AFLAT CA ESTE VORBA DE O AFACERE ILEGALA AM INCERCAT SA-I DAU AFARA DIN CASA.
-PUNCTUL 23 PAGINA 7 VA REPET EU HENAREH NU AM DISCUTAT CU NIMENI DESPRE 189 Kg DE DROGURI REALE SAU FALSE SI NU AM DISCUTAT DESPRE ACESTE AFACERI ILEGALE.
-PUNCTUL 24 PAGINA 7 EU NU AM LUAT ANGAJAMENTUL SI NU AM VORBIT PENTRU DISTRIBUIREA A MAI MULT SAU MAI PUTIN DE 190 Kg DE HEROINA CATRE AMERICA SAU ALTA TARA.
DAR LA PUNCTUL 26 PAGINA 7 SCRIE CA CETIN AKSU ISI IA ANGAJAMENTUL PENTRU DISTRIBUIREA DROGURILOR CATRE  AMERICA.
AICI M-ATI CONFUNDAT CU CETIN AKSU.
-PUNCTUL 25 si 26 PAGINA 7 APARTIN LUI CETIN AKSU SI BACHAR WHEBE


DOMNULE AVOCAT VA ROG INSISTENT SA INTERVENITI CA REPREZENTANT AL MEU LA BIROUL PROBATION OFFICE LA DOAMNA DAWN DOINO CA SA-MI MODIFICE CE V-AM EXPLICAT ACUM.
VA SPUN ACEST LUCRU CU SPERANTA CA VEDETI SI INTELEGETI REALITATEA ACESTUI CAZ.

CU RESPECT CLIENTUL DUMNEAVOASTRA
HENAREH SIAVOSH.